IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES PINE,                                )
                                           )
                Plaintiff,    )    Civil No. 05-498-AS
                                           )
        v.                        )    O R D E R
                                           )
MULTNOMAH COUNTY, a municipal              )
corporation; et al.,                       )
                                           )
                Defendants.   )

    M. Christian Bottoms
    LAW OFFICE OF M. CHRISTIAN BOTTOMS
    4031 S.E. Hawthorne Boulevard
    Portland, OR  97214

     Attorney for Plaintiff

    David N. Blankfeld
    State of Oregon
    MULTNOMAH COUNTY ATTORNEY'S OFFICE
    501 S.E. Hawthorne Boulevard, Suite 500
    Portland, OR  97214

      James G. Rice
      CITY OF PORTLAND
      1221 S.W. Fourth Avenue, Room 430
      Portland, OR 97204

JONES, Judge:

      Magistrate Judge Donald C. Ashmanskas filed Findings and Recommendation (#21) on October 6, 2005, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#21) dated October 5, 2005, in its entirety. Defendants Multnomah County and John Does' motion (#15) to dismiss is granted.

      IT IS SO ORDERED.

      DATED this 2nd day of November, 2005.

      /s/ Robert E. Jones
      ROBERT E. JONES
      United States District Judge